

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00728-CV

James **SERNA**,
Appellant

v.

**THOMAS KUNZ, LLC** d/b/a Septic Solutions & Kret Heating and Air Conditioning, LLC,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-21677
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: January 22, 2025

DISMISSED FOR WANT OF PROSECUTION

On November 26, 2024, the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On December 4, 2024, we ordered appellant to provide written proof to this court, on or before December 16, 2024, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.

Our order warned that if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), 42.3(c).

To date, Appellant has not responded to this court's order. Accordingly, this appeal is dismissed for want of prosecution. *See id.*


PER CURIAM